32 So.2d 182
**Joe Nathan SAWYER v. STATE.**
**5 Div. 236.**

Court of Appeals of Alabama.
April 22, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

34 So.2d 872
**Tom SCOLES v. STATE.**
**6 Div. 588.**

Court of Appeals of Alabama.
Feb. 6, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

33 So.2d 281
**Charlie SCOTT v. STATE.**
**6 Div. 504.**

Court of Appeals of Alabama.
Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

35 So.2d 925
**Eddie SCOTT v. STATE.**
**6 Div. 534.**

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

32 So.2d 182
**Granville SCOTT v. STATE.**
**8 Div. 592.**

Court of Appeals of Alabama.
May 27, 1947.

Rehearing Stricken June 10, 1947.

H. H. Hamilton, of Russellville, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.